UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

D.B.I. WASTE SYSTEMS, INC., )
)
Plaintiff, )
)
v. ) C. A. No.:
)
UNITED STATES OF AMERICA )
DEPARTMENT OF VETERANS AFFAIRS; )
MASS HAULING AND RECYCLING; and )
UNITED STATES GENERAL ACCOUNTING OFFICE [GAO] )
)
Defendants. )

04cv10768 DPW

### PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiff D.B.I. Waste Systems, Inc. ("DBI"), by its undersigned counsel, hereby applies to the Court for a Temporary Restraining Order and Preliminary Injunction (consistent with the proposed order attached hereto as Exhibit 1) enjoining the United States of America, Department of Veterans Affairs (the "VA") from awarding a contract to Mass Hauling and Recycling ("MHR") for the pick-up and removal of solid waste materials from the VA facility located at 150 South Huntington Avenue in Boston, Massachusetts (the "Facility"), and enjoining MHR from performing any work under that contract.

In support of this application, DBI files herewith a Verified Complaint—the Verified Complaint signed by the three (3) employees involved in the Offer/Bid to VA by DBI and one of its attorneys; and a Memorandum of Law. Also attached to the Verified Complaint are Affidavits of both DBI and the VA supporting the Application (See also Certificates of Service concerning Notice.)

WHEREFORE, DBI respectfully requests that this Court issue a Temporary Restraining Order and a Preliminary Injunction (1) to enjoin the VA from awarding a contract to MHR for the pick-up and removal of solid waste materials from the Facility, and (2) to enjoin MHR from performing any work called for by that contract.

                                                            PLAINTIFF
                                                            D.B.I. WASTE SYSTEMS, INC.

                                                            By its attorney,

April 15, 2004                                      Attorney David J. Hopwood
                                                            (BBO #239680)
                                                            Cape Cod Office
                                                            27 Sabbatt Road
                                                            P.O. Box 3918
                                                           Pocasset, MA 02559
                                                           Telephone: 508-563-7654
                                                           Facsimile: 508-563-7682