UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

D.B.I. WASTE SYSTEMS, INC.,             )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )   C. A. No.:
                                         )
UNITED STATES OF AMERICA                 )
DEPARTMENT OF VETERANS AFFAIRS;          )
MASS HAULING AND RECYCLING; and          )
UNITED STATES GENERAL ACCOUNTING OFFICE [GAO]  )
                                         )
        Defendants.                      )

04cv10768 DPW

## MOTION OF THE PLAINTIFF FOR CONSOLIDATION OF HEARING OF APPLICATION FOR PRELIMINARY INJUNCTION WITH TRIAL OF THE ACTION ON THE MERITS

Pursuant to Federal Rule of Civil Procedure 65 (a) (2) the Plaintiff hereby moves to consolidate the Hearing on an Application for a Preliminary Injunction with a trial on the merits of the above-entitled action.

                                PLAINTIFF
                                D.B.I. WASTE SYSTEMS, INC.

                                By its attorney,

                                /s/ David J. Hopwood
                                Attorney David J. Hopwood
                                (BBO #239680)
                                Cape Cod Office
                                27 Sabbatt Road
                                P.O. Box 3918
                                Pocasset, MA 02559
                                Telephone: 508-563-7654
                                Facsimile: 508-563-7682

April 15, 2004