UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
DBI WASTE SYSTEMS, INC.,       )
        Plaintiff,             )
                               )
     v.                        )      CIVIL ACTION
                               )      NO.  04-10768-DPW
UNITED STATES OF AMERICA,      )
        Defendant.             )
                               )
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's allowance of the Motion of the Defendant United States to Dismiss For Lack of Jurisdiction, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

                                                    BY THE COURT,

                                                  /s/ Rebecca Greenberg

Dated: April 26, 2004             Deputy Clerk